UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KERMIT TY POULSON,

     **Plaintiff,**

v.                                       **Case No.  8:26-cv-619-MSS-AAS**

PASCO COUNTY SHERIFF'S
OFFICE, et al.,

     **Defendants.**

_____/

## AMENDED REPORT AND RECOMMENDATION[1]

After reviewing the plaintiff's complaint and application to proceed *in forma pauperis* (Docs. 1, 2), the undersigned took the plaintiff's motion under advisement, pending the plaintiff's filing of an amended financial affidavit and amended complaint that states a viable cause of action and complies with the Federal Rules of Civil Procedure by April 13, 2026. (Doc. 3). The undersigned warned the plaintiff that failure to do so may result in a recommendation of denial of the motion to proceed *in forma pauperis*. (*Id.*). To date, the plaintiff has not filed an amended financial affidavit or an amended complaint.

Thus, it is **RECOMMENDED** that the plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) be **DENIED**, and the complaint (Doc. 1) be

---

[1] This report and recommendation is amended because the original report and recommendation was not mailed to the plaintiff. Only the docket entry was mailed.

**DISMISSED without prejudice**. The Clerk is directed to mail a copy of this Report and Recommendation to Kermit Ty Poulson at 1815 F. Montana St., Missoula, MT 59801.

**ENTERED** in Tampa, Florida, on May 5, 2026.

_Amanda Arnold Sansone_
AMANDA ARNOLD SANSONE
United States Magistrate Judge

## NOTICE TO PARTIES

The plaintiffs have fourteen days from the date they are served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. A party's failure to object timely in accordance with 28 U.S.C. § 636(b)(1) waives that party's right to challenge on appeal the district court's order adopting this report's unobjected-to factual findings and legal conclusions. 11th Cir. R. 3-1.